IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03059-RPM

THOMAS GRAHAM,

        Plaintiff,

v.

TELLER COUNTY, COLORADO,
MIKE ENSMINGER, individually and in his official capacity as Teller County Sheriff,
MICHAEL ROMERO, individually and in his official capacity as Detective, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team,
JOSH WEATHERILL, individually and in his official capacity as Deputy, Teller County Sheriff's Office and Member of Teller County Emergency Response Team,
NICK HARTBAUER, individually and in his official capacity ad Deputy of Teller County Sheriff's Office and Member of Teller County Emergency Response Team, and
JESSE BAKER, individually and in his official capacity a Tactical Medic of the Teller County Emergency Response Team,

        Defendants.
_____

ORDER VACATING ORDER OF REFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the order of reference to Magistrate Judge Michael E. Hegarty is vacated.

        DATED:  February 18th, 2015

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge