IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03059-RPM

THOMAS GRAHAM,

        Plaintiff,

v.

TELLER COUNTY, COLORADO,
MIKE ENSMINGER, individually and in his official capacity as Teller County Sheriff,
MICHAEL ROMERO, individually and in his official capacity as Detective, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team,
JOSH WEATHERILL, individually and in his official capacity as Deputy, Teller County Sheriff's Office and Member of Teller County Emergency Response Team,
NICK HARTBAUER, individually and in his official capacity ad Deputy of Teller County Sheriff's Office and Member of Teller County Emergency Response Team, and
JESSE BAKER, individually and in his official capacity a Tactical Medic of the Teller County Emergency Response Team,

        Defendants.
_____

ORDER OF DISMISSAL
_____

This civil action was commenced by a *pro se* complaint filed November 12, 2014. The defendant Sheriff Mike Ensminger filed a motion to dismiss based on the statute of limitations given that the plaintiff's claims for relief arose on October 20, 2010. An amended complaint was filed. It also was filed *pro se* but it is apparent that the pleadings in this case have been prepared by some lawyer who has failed to enter an appearance. An amended complaint seeks to toll the statute of limitations based on the plaintiff's mental condition. The Sheriff filed a motion to dismiss the amended complaint on December 23, 2014, challenging the basis for equitable tolling. This Court on April 13, 2015, appointed attorney Robert M. Thomas in the law firm of Holland & Hart, LLP, to review this civil action for possible representation of the plaintiff under the Court's

Civil Pro Bono Panel Practice. On May 5, 2015, Mr. Thomas filed a Notice Declining Appointment, saying that he is unable to represent the plaintiff for legal and ethical reasons.

In some of the pleadings in this case the name of Community Alternatives of El Paso County appears as an address for Thomas Graham. It is unknown what that organization is or how it has authority to file pleadings under a *pro se* appearance of the plaintiff.

It is clear that this civil action is time barred and it is apparent that if equitable tolling were to be applied, Mr. Graham has no ability to pursue this matter *pro se* because it is asserted that he is incompetent and has been institutionalized on occasion. It is now

ORDERED that this civil action is dismissed as time barred.

DATED:   May 11th, 2015

> BY THE COURT:
>
> s/Richard P. Matsch
>
> _____
> Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

     I hereby certify that on May 11, 2015, I mailed, via United States Mail, a copy of the foregoing Order of Dismissal to:

     Thomas Graham
     230 E. Harrison St.
     Colorado Springs, CO 80907

                         JEFFREY P. COLWELL, Clerk

                             s/M. V. Wentz
                     By_____
                               Deputy