IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03059-RPM

THOMAS GRAHAM,

        Plaintiff,

v.

TELLER COUNTY, COLORADO,
MIKE ENSMINGER, individually and in his official capacity as Teller County Sheriff,
MICHAEL ROMERO, individually and in his official capacity as Detective, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team,
JOSH WEATHERILL, individually and in his official capacity as Deputy, Teller County Sheriff's Office and Member of Teller County Emergency Response Team,
NICK HARTBAUER, individually and in his official capacity ad Deputy of Teller County Sheriff's Office and Member of Teller County Emergency Response Team, and
JESSE BAKER, individually and in his official capacity a Tactical Medic of the Teller County Emergency Response Team,

        Defendants.
_____

## FINAL JUDGMENT
_____

        Pursuant to the Order of Dismissal entered by Senior District Judge Richard P. Matsch on May 11, 2015, it is

        ORDERED that this civil action is dismissed.

        DATED:   May 11th, 2015

                      FOR THE COURT:

                      JEFFREY P. COLWELL, Clerk

                              s/M. V. Wentz
                      By_____
                                Deputy

CERTIFICATE OF MAILING

      I hereby certify that on May 11, 2015, I mailed, via United States Mail, a copy of the foregoing Final Judgment to:

      Thomas Graham
      230 E. Harrison St.
      Colorado Springs, CO 80907

      JEFFREY P. COLWELL, Clerk

      s/M. V. Wentz
By_____
      Deputy