IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-03059-RPM

THOMAS GRAHAM,

        Plaintiff,

v.

TELLER COUNTY, COLORADO,
MIKE ENSMINGER, individually and in his official capacity as Teller County Sheriff,
MICHAEL ROMERO, individually and in his official capacity as Detective, Teller County Sheriff's Office Deputy and Member of Teller County Emergency Response Team,
JOSH WEATHERILL, individually and in his official capacity as Deputy, Teller County Sheriff's Office and Member of Teller County Emergency Response Team,
NICK HARTBAUER, individually and in his official capacity ad Deputy of Teller County Sheriff's Office and Member of Teller County Emergency Response Team, and
JESSE BAKER, individually and in his official capacity a Tactical Medic of the Teller County Emergency Response Team,

        Defendants.
_____

## ORDER FOR AMENDED JUDGMENT
_____

        Final Judgment was entered on May 11, 2015, dismissing this civil action and on May 14, 2015, the plaintiff filed a motion for clarification as to whether the dismissal is with prejudice.  Because the dismissal is based on the bar of the statute of limitations, it is

        ORDERED that the final judgment is amended to dismiss this case with prejudice.

        DATED:   May 22nd, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

      I hereby certify that on May 22, 2015, I mailed, via United States Mail, a copy of the foregoing Order for Amended Judgment to:

      Thomas Graham
      230 E. Harrison St.
      Colorado Springs, CO 80907

                      JEFFREY P. COLWELL, Clerk

                            s/M. V. Wentz
              By_____
                          Deputy